CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKe

FEB 17 2011

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DAUGHTON W. LACEY, JR., Plaintiff, | ) Civil Action No. 7:10-cv-00139 ) ) |
| v. | ) **ORDER** ) |
| DANIEL BRAXTON, et al., Defendants. | ) By: Hon. Jackson L. Kiser ) Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a preliminary injunction (no. 33) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 17th day of February, 2011.

Senior United States District Judge