CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR - 5 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DAUGHTON W. LACEY, JR., <br> Plaintiff, | ) Civil Action No. 7:10-cv-00139 <br> ) <br> ) |
| v. | ) **ORDER** <br> ) |
| DANIEL BRAXTON, et al., <br> Defendants. | ) By: Hon. Jackson L. Kiser <br> ) Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's renewed motion for a preliminary injunction (no. 37) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 5th day of April, 2011.

_____
Senior United States District Judge