CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJC

AUG 01 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAUGHTON W. LACEY, JR., | ) | Civil Action No. 7:10-cv-00139 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL BRAXTON, <u>et al.</u>, | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for leave to file a supplemental response is **GRANTED**; plaintiff's motion to strike and motion for sanctions are **DENIED**; the defendants' motion for summary judgment is **GRANTED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This \_\_1st\_\_ day of ~~July~~ Aug., 2011.

/s/ Jackson L. Kiser
Senior United States District Judge